**Appeal Dismissed and Memorandum Opinion filed June 27, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-24-00326-CV**

---

**CHEMEKA ALEXANDER AND JANET ALEXANDER, Appellants**

**V.**

**RYSE INVESTMENTS LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1202745**

---

**MEMORANDUM OPINION**

This appeal is from a judgment signed September 21, 2023. The notices of appeal were filed April 25, 2024. To date, our records show that appellants have not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207 (appellate fees and costs). Moreover, no clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellants had not paid for the record, and there is otherwise no

indication appellants have made arrangements to pay for the record.

On May 6, 2024, notification was transmitted to appellants that the appeal was subject to dismissal without further notice unless, within fifteen days, appellants made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). In addition, on May 15, 2024, appellants were instructed to pay the appellate filing fee on or before May 28, 2024 or the appeal would be subject to dismissal without further notice. Appellants did not provide any response to any of those notices.

On June 4, 2024, appellants were ordered to pay the filing fee and demonstrate they had made arrangements to pay for the clerk's record on or before June 14, 2024. *See* Tex. R. App. P. 4.1(a). In the order, the court notified appellants that failure to comply with either of those requirements would leave the appeal subject to dismissal without further notice for want of prosecution.

Appellants have not paid the appellate filing fee, they have not provided this court with proof of payment for the record, nor have they otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.